**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anna Lourdes MARTINEZ,
Defendant–Appellant.**

No. 07–10566.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 21, 2008.

Mary Sue Feldmeier, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Before LEAVY, RYMER and THOMAS, Circuit Judges.

MEMORANDUM **

Anna Lourdes Martinez appeals from the 15–month sentence imposed following her guilty-plea conviction for attempting to bring in illegal aliens, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Martinez contends that her sentence is unreasonable because the district court failed to consider the 18 U.S.C. § 3553(a) factors in general, and specifically did not address the need for the sentence imposed to "provide the defendant with needed ed-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ucational or vocational training, medical care, or other correctional treatment in the most effective manner," pursuant to § 3553(a)(2)(D). Martinez further contends that the district court relied upon erroneous information in fashioning her sentence. We conclude that the district court did not commit any procedural error and that the sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 991–94 (9th Cir.2008) (en banc); *see also United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008).

**AFFIRMED.**